UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Luis Flores,

    Plaintiff,

v.

Case No.:
Division:

Jodrick Jackson and Busbin Watson Trucking LLC,

    Defendants.

_____/

## Plaintiff's First Complaint

Comes now the plaintiff, Luis Flores, by and through the undersigned attorney and sues the defendants, Jodrick Tramar Jackson and Busbin Watson Trucking LLC, and alleges:

## General Allegations

1. This is an action for damages in excess of $75,000.

2. At all times material herein, the plaintiff, Luis Flores, was a resident of Pasco County, Florida.

3. At all times material herein, the defendant, Jodrick Tramar Jackson, was a resident of Tifton, in Tift County, Georgia.

4. At all times material herein, Defendant, Busbin Watson Trucking LLC, is a corporation doing business in the State of Alabama as a transport/haul freight company and has business offices for the transaction of its customary business Montgomery, Alabama.

5. On or about November 17, 2022, Plaintiff, Luis Flores, was a properly restrained passenger in a 2011 Toyota Prius, and was traveling southbound on I-75 in the outside lane, in Pasco County, Florida.

6. At that time and place, the defendant, Jodrick Tramar Jackson, was operating a 2020 INTL Semi, identified by VIN 3HSDZTZR2LN085646, which was traveling southbound on I-75 in the middle lane.

7. At that time and place, the above referenced vehicle being operated by defendant, Jodrick Tramar Jackson, was owned by defendant, Busbin Watson Trucking LLC.

8. At that time and place, defendant, Jodrick Tramar Jackson, had the express permission of Busbin Watson Trucking LLC to operate the above referenced vehicle.

9. At that time and place, Jodrick Tramar Jackson, negligently operated or maintained the motor vehicle so that it collided with the plaintiff's motor vehicle.

## Count I – Negligence Claim Against Jodrick Tramar Jackson

10. Plaintiff realleges and incorporates into this Count all of the paragraphs of the "General Allegations" of this Complaint as if the same were more specifically set forth herein, and further alleges:

11. The defendant, Jodrick Tramar Jackson, had a duty to use reasonable care in the operation of the subject motor vehicle.

12. Defendant, Jodrick Tramar Jackson, breached that duty in one or more of the following ways:

    a. Failing to exercise due care;

    b. failing to keep a proper lookout;

    c. failing to yield right-of-way;

    d. driving at an excessive speed for the roadway conditions;

    e. becoming distracted by engaging in other activities; and

    f. being otherwise careless in the operation of a motor vehicle.

13. As a direct and proximate result of the negligence of the defendant, Jodrick Tramar Jackson, the plaintiff, Luis Flores, suffered bodily injury and resulting pain and suffering, mental pain and anguish, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

Wherefore, the plaintiff, Luis Flores, sues the defendant, Jodrick Tramar Jackson, and demands judgment for damages in an amount exceeding Seventy-Five Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

**Count II – Vicarious Liability Claim Against Busbin Watson Trucking LLC**

14. Plaintiff realleges and incorporates into this Count all of the paragraphs of the "General Allegations" of this Complaint as if the same were more specifically set forth herein, and further alleges:

15. The motor vehicle owned by Defendant, Busbin Watson Trucking LLC, was a dangerous instrumentality under Florida law, and was permissively operated by Defendant, Jodrick Tramar Jackson.

16. Because the subject motor vehicle was a dangerous instrumentality, Defendant, Busbin Watson Trucking LLC, is vicariously liable for any negligence of Defendant, Jodrick Tramar Jackson, in the operation of the subject motor vehicle.

17. The defendant, Jodrick Tramar Jackson, had a duty to use reasonable care in the operation of the subject motor vehicle.

18. Defendant, Jodrick Tramar Jackson, breached that duty in one or more of the following ways:

   a. Failing to exercise due care;

      b. failing to keep a proper lookout;

      c. failing to yield right-of-way;

      d. driving at an excessive speed for the roadway conditions;

      e. becoming distracted by engaging in other activities; and

      f. being otherwise careless in the operation of a motor vehicle.

19. As a direct and proximate result of the negligence of the defendant, Jodrick Tramar Jackson, the plaintiff, Luis Flores, suffered bodily injury and resulting pain and suffering, mental pain and anguish, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

Wherefore, the plaintiff, Luis Flores, sues the defendant, Busbin Watson Trucking LLC, and demands judgment for damages in an amount exceeding Seventy-Five Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

## NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS FOR SERVICE BY ELECTRONIC MAIL

The law firm of The Nurse Lawyer, P.A. files this appearance as attorney of record for Plaintiff, Luis Flores, in the above-styled cause, and pursuant to F.R.J.A. 2.516, designates the following e-mail address for service by electronic mail:

service@thenurselawyer.com

Respectfully submitted on March 16, 2023.

*/s/ Megan Cummings/*

Megan Cummings, Esquire
The Nurse Lawyer P.A.
201 Alt 19 S
Palm Harbor, FL 3468334683
Telephone: (727) 807-6182
Facsimile: (727) 848-6182
Fla. Bar No.: 112435
service@thenurselawyer.com
Attorney for Plaintiff