UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Luis Flores,

    Plaintiff,

v.                                         Case No.:   8:23-cv-00593-TPB-MRM

Jodrick Jackson and Busbin Watson
Trucking LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR DEFAULT

Comes now Plaintiff, Luis Flores, by and through the undersigned attorney, and moves pursuant to Florida Rules of Civil Procedure 1.500(b) for entry of default by the Clerk of the Circuit Court against Defendant, Busbin Watson Trucking LLC, for failure to file or serve any paper in this action within the period of time provided by law.

## Certificate of Service

I hereby certify that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing.

*/s/ Megan Cummings/*
Megan Cummings
201 Alt 19 S, Palm Harbor, FL 34683

        Florida Bar No.: 112435
        Phone: 727-807-6182
        Fax: 727-848-6182
        Email: service@thenurselawyer.com
        Attorney for Plaintiff